ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Defendant*
*Resolute Capital Partners LTD.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUSANA UPTON,<br><br>Plaintiff,<br><br>v.<br><br>RESOLUTE CAPITAL PARTNERS LTD.,<br><br>Defendant. | CASE NO.: 3:21-cv-00270-HDM-WGC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**<br>**[First Request]** |

Plaintiff Susana Upton ("Plaintiff" or "Upton") and Defendant Resolute Capital Partners LTD. ("Defendant" or "RCP") (collectively, the "Parties"), by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order to Extend Deadline for Defendants to Respond to Plaintiff's Complaint. The Parties have agreed to a thirty (30) day extension of the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint, up to and including **Thursday, August 12, 2021**. The period of thirty (30) days was agreed upon by the parties in order to allow time for Plaintiff's counsel to communicate with the Nevada Equal Rights Commission regarding clarification/confirmation of the exhaustion of certain administrative remedies given that the relevant Charge of Discrimination does not, on its face, address the sex related claims in Plaintiff's Complaint.

This request is made in good faith, is not made for the purpose of delay, and will not result in any undue delay or prejudice.

RESPECTFULLY SUBMITTED,

DATED this 15th day of July, 2021.

BY: /s/ Mark Mausert, Esq.
MARK MAUSERT, ESQ.
Nevada Bar No. 2398
mark@markmausertlaw.com
729 Evans Avenue
Reno, Nevada 89512
Phone: (775) 786-5477
Fax: (775) 786-9658

*Attorneys for Plaintiff*

DATED this 15th day of July, 2021.

BY: /s/ Anthony L. Hall
ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Defendant*

**IT IS SO ORDERED.**

*William G. Cobb*
**UNITED STATES MAGISTRATE JUDGE**

DATED: July 16, 2021