Mark Mausert
NV Bar No. 2398
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SUSANA UPTON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br><br>RESOLUTE CAPITAL PARTNERS LTD.,<br><br>　　　　Defendant. | Case No.: 3:21-cv-00270-LRH-WGC<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff SUSANA UPTON ("Plaintiff"), through her counsel, Mark Mausert, and Defendant RESOLUTE CAPITAL PARTNERS, LTD. ("Defendant"), through its counsel Simons Hall & Johnston PC, as follows:

　　1. Plaintiff's First Amended Complaint was filed on July 16, 2021. Defendant filed its Motion to Dismiss First Amended Complaint on August 23, 2021. Plaintiff filed her Opposition to Defendant's Motion to Dismiss on September 2, 2021. On September 2, 2021, the parties were notified of the Defendant's correct name, RCP-LTD, LLC.

　　2. The parties agree that Plaintiff shall be permitted to file a Second Amended Complaint within 7 days of this filing for the limited purpose of changing the name to the proper

Defendant, RCP-LTD, LLC.  Because the Plaintiff will only be changing the name of the Defendant, the Parties agree that briefing should continue on the pending Motion to Dismiss.

3. This Stipulation is made in good faith and not for the purpose of delay.

DATED this 9th day of September, 2021.  
LAW OFFICE OF MARK MAUSERT

/s/ Mark Mausert  
Mark Mausert  
729 Evans Avenue  
Reno, Nevada 89512

*Attorney for Plaintiff*

DATED this 9th day of September, 2021.  
SIMONS HALL & JOHNSTON PC

/s/ Jonathan McGuire  
Anthony Hall  
Jonathan McGuire  
6490 S. McCarran Blvd., Suite F-46  
Reno, Nevada 89509

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

William G. Cobb  
UNITED STATES MAGISTRATE JUDGE

DATED: September 9, 2021

2