**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUSANA UPTON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RESOLUTE CAPITAL PARTNERS LTD.,<br><br>　　　　　Defendant. | CASE NO.:  3:21-cv-00270-LRH-WGC<br><br>**ORDER EXTENDING DEADLINE FOR DEFENDANT TO FILE A REPLY TO PLAINTIFF'S OPPPOSITION TO DEFENDANT'S MOTION TO DISMISS [First Request]** |

　　　Plaintiff Susana Upton ("Plaintiff" or "Upton") and Defendant Resolute Capital Partners LTD. ("Defendant" or "RCP") (collectively, the "Parties"), by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order to Extend Deadline for Defendant to file a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss.  The Parties have agreed to a one (1) week extension of the deadline for Defendant to file its Reply, up to and including **Thursday, September 16, 2021**.  This request is made in good faith and is not made for the purpose of delay or prejudice.

/ / /

/ / /

1 | RESPECTFULLY SUBMITTED,

DATED this 9th day of September, 2021.   DATED this 9th day of September, 2021.

BY: /s/ Mark Mausert, Esq.
    MARK MAUSERT, ESQ.
    Nevada Bar No. 2398
    mark@markmausertlaw.com
    729 Evans Avenue
    Reno, Nevada 89512
    Phone: (775) 786-5477
    Fax: (775) 786-9658

*Attorneys for Plaintiff*

BY: /s/ Anthony L. Hall
    ANTHONY L. HALL, ESQ.
    Nevada Bar No. 5977
    AHall@SHJNevada.com
    JONATHAN A. MCGUIRE, ESQ.
    Nevada Bar No. 15280
    JMcGuire@SHJNevada.com
    SIMONS HALL JOHNSTON PC
    6490 S. McCarran Blvd., Ste. F-46
    Reno, Nevada 89509
    Telephone: (775) 785-0088

*Attorneys for Defendant*

**IT IS SO ORDERED.**

*[signature]*

**LARRY R. HICKS**
**UNITED STATES DISTRICT JUDGE**

DATED:   September 13th ,2021.