1
2
3
4
5
6
7
8

# THE UNITED STATES DISTRICT COURT

## IN AND FOR THE COUNTY OF NEVADA

SUSANA UPTON,

                Plaintiff,

v.

RCP-LTD, LLC,

                Defendant.

CASE NO.: 3:21-CV-00270-LRH-CSD

**ORDER TO DISMISS WITH PREJUDICE**

[Fed. R. Civ. P. 41(a)(1)(A)(ii)]

Defendant Resolute Capital Partners, LLC, a Nevada limited liability corporation ("Defendant") by and through their attorneys SIMONS HALL JOHNSTON PC, and Plaintiff Susana Upton ("Plaintiff"), by and through her counsel of record, Mark Mausert, Esq., and Sean McDowell, Esq., and the law firm of Mark Mausert Law, hereby stipulate and agree as follows:

       1.     All claims in this action against the Defendant shall be dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

       2.     Plaintiff and Defendant agree to bear their own attorney's fees and costs incurred in this action.

      Therefore, the parties request the Court enter an order pursuant to this stipulation and dismiss this action with prejudice.

**AFFIRMATION**: This document does not contain the social security number of any person.

DATED this ___16ᵗʰ___ day of August, 2022.

**SIMONS HALL JOHNSTON PC**

By: _____

Anthony L. Hall, Esq. (SBN 5977)
Jonathan A. McGuire, Esq. (SBN 15280)
690 Sierra Rose Drive
Reno, NV 89511
*Attorneys for Defendant*

DATED this ___17th___ day of August, 2022.

**MARK MAUSERT LAW.**

By: *Mark Mausert* _____

Mark Mausert, Esq. (SBN 05745)
Sean McDowell, Esq. (SBN 08384)
729 Evans Avenue
Reno, NV 89512
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

DATED: ___August 29, 2022.___

_____
DISTRICT COURT JUDGE

Page 2